

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00403-CR

Victor Cantu Jr.

v.

The State of Texas

§ From the 158th District Court

§ of Denton County (F-2010-1582-B)

§ May 2, 2013

§ Opinion by Justice Gabriel

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel